**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JILIN BRIGHT FUTURE CHEMICALS CO., LTD., <br><br>                        Plaintiff, <br><br>         v. <br><br>UNITED STATES, <br><br>                        Defendant. | **SUMMONS** <br><br> Court No. 22-00336 |

TO:    The Attorney General and the Department of Commerce

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                            /s/ Mario Toscano  
                                            Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiff, Jilin Bright Future Chemicals Co., Ltd., is a foreign producer and exporter of activated carbon that was subject to the administrative review that is contested here.  Plaintiff was a mandatory respondent in the administrative review that is contested here.  Plaintiff therefore is an interested party within the meaning of 19 U.S.C. §1677(9)(A).  Plaintiff actively participated in the administrative review through submission of factual information and/or written argument and, thus, is also a party to the proceeding as defined in 19 C.F.R. §351.102(b).  Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiff contests the final results of the U.S. Department of Commerce's antidumping duty administrative review in Certain Activated Carbon From the People's Republic of China for the period April 1, 2020, through March 31, 2021.  The contested determination was published as Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2020–2021, 87 Fed. Reg. 67671 (November 9, 2022).

3.  <u>(Date of determination)</u>:  The contested determination was dated November 2, 2022.

4.  <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>:  The contested determination was published in the *Federal Register* on November 9, 2022.  <u>See</u> 87 Fed. Reg. 67671.

                                            Respectfully submitted by:

                                            <u>/s/ Jonathan M. Freed</u>
                                            Robert G. Gosselink
                                            Jonathan M. Freed
                                            Kenneth N. Hammer
                                            MacKensie R. Sugama
                                            Doris Di
                                            Sezi Erdin

                                            TRADE PACIFIC PLLC
                                            700 Pennsylvania Avenue, SE, Suite 500
                                            Washington, DC  20003
                                            Tel:  (202) 223-3760
                                            jfreed@tradepacificlaw.com

<u>December 9, 2022</u>

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
United States Department of Justice
26 Federal Plaza
New York, NY  10278

Robert Heilferty, Esq
Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)