IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

```
―――――――――――――――――――――――――――x
                                          :
JILIN BRIGHT FUTURE CHEMICALS CO.,        :
LTD.,                                     :
                                          :
              Plaintiffs,                 :
                                          :
   and                                    :
                                          :
NINGXIA GUANGHUA CHERISHMET               :
ACTIVATED CARBON CO., LTD., and           :
DATONG MUNICIPAL YUNGUANG                 :
ACTIVATED CARBON CO., LTD.                :
                                          :   Court No. 22-00336
              Plaintiff-Intervenors,      :
   v.                                     :
                                          :
UNITED STATES,                            :
                                          :
              Defendant,                  :
                                          :
   and                                    :
                                          :
CALGON CARBON CORPORATION.,               :
and NORIT AMERICAS, INC.,                 :
                                          :
              Defendant-Intervenors.      :
                                          :
―――――――――――――――――――――――――――x
```

**PLAINTIFF-INTERVENORS' MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., and Datong Municipal Yunguang Activated Carbon Co., Ltd., respectfully move for judgment on the administrative record. For the reasons set forth in the accompanying Memorandum of Law in support of its motion, Plaintiff-Intervenors request that the Court determine that the U.S. Department of Commerce's final results in the fourteenth administrative review of the antidumping duty order

on activated carbon from the People's Republic of China, published as *Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2020–2021*, 87 Fed. Reg. 67,671 (Nov. 9, 2022), and accompanying Issues & Decision Memorandum, is not supported by substantial evidence on the record and is otherwise not in accordance with law.

        Respectfully submitted,

        GRUNFELD, DESIDERIO, LEBOWITZ,
        SILVERMAN & KLESTADT LLP

        */s/ Kavita Mohan*
        Kavita Mohan
        Francis J. Sailer
        Jordan C. Kahn
        Dharmendra N. Choudhary

        1201 New York Ave., NW, Suite 650
        Washington, DC 20005
        (202) 783-6881

Dated: June 8, 2023

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| JILIN BRIGHT FUTURE CHEMICALS CO., LTD., | |
| Plaintiffs, | |
| and | |
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., and DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD. | Court No. 22-00336 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| CALGON CARBON CORPORATION., and NORIT AMERICAS, INC., | |
| Defendant-Intervenors. | |

## ORDER

Upon consideration of the Motion for Judgment on the Administrative Record filed by Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd. and Datong Municipal Yunguang Activated Carbon Co., Ltd., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiff-Intervenors' Motion is granted; and further

**ORDERED** that the U.S. Department of Commerce's (the "Department") final results in the fourteenth administrative review of the antidumping duty order ("ADD") on activated carbon from the People's Republic of China, published as *Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2020–2021*, 87 Fed. Reg. 67,671 (Nov. 9, 2022), and accompanying Issues & Decision Memorandum, is not supported by substantial evidence on the record, and is otherwise not in accordance with law; and it is further

**ORDERED** that this matter is remanded to the Department for reconsideration in accordance with the decision of this Court.

**SO ORDERED.**

_____
Mark A. Barnett, Chief Judge

Dated: _____, 2023
       New York, New York

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

|  |  |
|---|---|
| JILIN BRIGHT FUTURE CHEMICALS CO., LTD., | : |
| Plaintiffs, | : |
| and | : |
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., and DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD. | : |
| Plaintiff-Intervenors, | : Court No. 22-00336 |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| CALGON CARBON CORPORATION., and NORIT AMERICAS, INC., | : |
| Defendant-Intervenors. | : |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF-INTERVENORS' MOTION FOR JUDGMENT ON THE AGENCY RECORD

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

Francis J. Sailer
Jordan C. Kahn
Dharmendra N. Choudhary
Kavita Mohan

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: June 8, 2023

## TABLE OF CONTENTS

STATEMENT PURSANT TO RULE 56.2 .................................................................................... 1

    A.    Administrative Decision Under Appeal ............................................................... 1

    B.    Reasons For Contesting The Administrative Decision ....................................... 1

    C.    Issues Presented And Summary Of Argument .................................................... 1

STATEMENT OF FACTS .......................................................................................................... 2

STANDARD OF REVIEW ......................................................................................................... 2

ARGUMENT ............................................................................................................................... 2

## TABLE OF AUTHORITIES

**Statutes**

19 U.S.C. § 1673d(c)(5)(a) ................................................................................................ 2

**Administrative Decisions**

*Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2020–2021,* 87 Fed. Reg. 67,671 (Nov. 9, 2022) ................................................................................................ passim

Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd. ("Cherishmet") and Datong Municipal Yunguang Activated Carbon Co., Ltd. ("Yunguang") submit this Memorandum of Law to support its Rule 56.2 Motion for Judgment on the Agency Record.

## STATEMENT PURSANT TO RULE 56.2

**A.     ADMINISTRATIVE DECISION UNDER APPEAL**

Plaintiff-Intervenors seek judicial review of the U.S. Department of Commerce's (the "Department" or "Commerce") final results in the fourteenth administrative review of the antidumping duty ("ADD") order on activated carbon from the People's Republic of China, published as *Certain Activated Carbon from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2020–2021*, 87 Fed. Reg. 67,671 (Nov. 9, 2022) ("Final Results"), **PD 351**, and accompanying Issues and Decision Memorandum ("IDM"), **PD 345**.

**B.     REASONS FOR CONTESTING THE ADMINISTRATIVE DECISION**

Plaintiff-Intervenors' reasons for contesting the *Final Results* are set forth in the Summary of Arguments below, and in more detail in the Argument section of this Memorandum.

**C.     ISSUES PRESENTED AND SUMMARY OF ARGUMENT**

Plaintiff-Intervenors incorporate by reference the issues presented and summary of arguments in the Memorandum of Law filed by Plaintiff Jilin Bright Future Chemicals Co. Ltd. ("Jilin Bright" or "Plaintiff") in support of its 56.2 Motion for Judgment Upon the Agency Record.[1]

---

[1] *See* CM/ECF Docs. 37 and 38 (May 25, 2023).

## STATEMENT OF FACTS

Cherishmet and Yunguang participated in the fourteenth administrative review of the ADD order on activated carbon from the People's Republic of China as separate rate respondents. In the Final Results, both companies received a rate of 0.62 USD/kg, based upon "the calculated weighted-average dumping margin for the mandatory respondent whose rate was not zero, de minimis (i.e., less than 0.5 percent), or based entirely on facts available (i.e., the weighted-average dumping margin for Jilin Bright)." 87 Fed. Reg. at 67,672.

Plaintiff-Intervenors incorporate by reference the other facts contained in the statement of facts in the Memorandum of Law filed by Plaintiff Jilin Bright in support of its 56.2 Motion for Judgment Upon the Agency Record.

## STANDARD OF REVIEW

Plaintiff-Intervenors incorporate by reference the standard of review set forth in the Memorandum of Law filed by Plaintiff Jilin Bright in support of its 56.2 Motion for Judgment Upon the Agency Record.

## ARGUMENT

Plaintiff-Intervenors incorporate by reference the arguments in the Memorandum of Law filed by Plaintiff Jilin Bright in support of its 56.2 Motion for Judgment Upon the Agency Record.

If the rate assigned to Plaintiff is lowered as a result of this appeal, the Department should recalculate the separate rate assigned to Plaintiff-Intervenors in accordance with 19 U.S.C. § 1673d(c)(5)(a).

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ

                                      SILVERMAN & KLESTADT LLP

                                      */s/ Kavita Mohan*
                                      Kavita Mohan
                                      Francis J. Sailer
                                      Jordan C. Kahn
                                      Dharmendra N. Choudhary

                                      1201 New York Ave., NW, Suite 650
                                      Washington, DC 20005
Dated:  June 8, 2023                    (202) 783-6881

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenors' Memorandum of Law In Support of its 56.2 Motion, as computed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt's word processing system Microsoft Word 2013, is 422 words, less than the allocated word limit.

/s/ Kavita Mohan
Kavita Mohan

*Counsel for Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., and Datong Municipal Yunguang Activated Carbon Co., Ltd*

Dated: June 8, 2023

12228349_1