# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| JILIN BRIGHT FUTURE CHEMICALS CO., LTD., <br><br>                Plaintiff, <br><br>   and <br><br>NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD. AND DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD. <br><br>                Plaintiff-Intervenors, <br><br>   v. <br><br>UNITED STATES, <br><br>                Defendant, <br><br>   and <br><br>CALGON CARBON CORPORATION and NORIT AMERICAS, INC., <br><br>                Defendant-Intervenors. | Court No. 22-00336 |

### DEFENDANT-INTERVENORS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE AGENCY RECORD

                                            JOHN M. HERRMANN
                                          R. ALAN LUBERDA
                                          MELISSA M. BREWER
                                          KELLEY DRYE & WARREN LLP

                                            **Counsel to Defendant-Intervenors**

**Dated: September 11, 2023**

## **Table of Contents**

Page

ADMINISTRATIVE DETERMINATION UNDER REVIEW ........................................................1

ISSUES PRESENTED..........................................................................................................2

STATEMENT OF THE FACTS ............................................................................................2

SUMMARY OF THE ARGUMENT .....................................................................................2

ARGUMENT.........................................................................................................................2

CONCLUSION......................................................................................................................3

This response brief is submitted on behalf of Calgon Carbon Corporation and Norit Americas, Inc. ("Defendant-Intervenors") in opposition to the motions for judgment on the agency record filed on behalf of plaintiff Jilin Bright Future Chemicals Co., Ltd. ("Jilin Bright") (ECF No. 37) and plaintiff-intervenors, Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd. ("Cherishmet") and Datong Municipal Yunguang Activated Carbon Co., Ltd. ("Yunguang") (ECF No. 39).  Defendant-Intervenors urge the Court to reject the Plaintiffs' arguments that challenge certain aspects of the U.S. Department of Commerce's findings in the administrative determination at issue and to sustain that determination in its entirety.

## ADMINISTRATIVE DETERMINATION UNDER REVIEW

Plaintiffs challenge certain aspects of the U.S. Department of Commerce's ("the Department") final results in the fourteenth annual administrative review of the antidumping duty order on certain activated carbon from the People's Republic of China ("China").  The Department's review analyzed imports of subject merchandise that entered the United States between April 1, 2020 and March 31, 2021.  See Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Final Rescission of Administrative Review, in Part; 2020-2021, 87 Fed. Reg. 67,671 (Dep't Commerce Nov. 9, 2022) ("Final Results") (PR 351),[1] and accompanying Issues and Decision Memorandum for the Final Results of the Fourteenth Antidumping Duty Administrative Review (Nov. 2, 2022) ("IDM") (PR 345).

---

[1] Documents in the administrative record are cited by their confidential and/or public record number (i.e., "(CR __)" and "(PR __)") provided in the Index to the Administrative Record filed with the Court on February 15, 2023 (ECF No. 28).

## ISSUES PRESENTED

Defendant-Intervenors agree with and incorporate by reference the issues presented for review as set forth in Defendant's Response to Plaintiffs' Motion for Judgment on the Agency Record. See Def. Resp. to Mot. J. on the Agency R. Pursuant to USCIT R. 56.2 at 2 (Aug. 28, 2023) (ECF No. 43) (hereinafter, "Def. Br.").

## STATEMENT OF THE FACTS

Defendant-Intervenors agree with and incorporate by reference the statement of facts as set forth in Defendant's response brief. See Def. Br. at 3-8.

## SUMMARY OF THE ARGUMENT

Defendant-Intervenors agree with and incorporate by reference the summary of the argument as set forth in Defendant's response brief. See Def. Br. at 8-9.

## ARGUMENT

Pursuant to the Court's instruction (see Scheduling Order at 2 (Mar. 17, 2023) (ECF No. 35)), Defendant-Intervenors do not repeat any of the arguments set forth in the Defendant's brief, and agree with and incorporate by reference the arguments as set forth in Defendant's response brief. See Def. Br. at 9-30.

-3-

## CONCLUSION

For the reasons presented in Defendant's response brief, and incorporate by reference herein, Defendant-Intervenors respectfully urge this Court to sustain the <u>Final Results</u> in their entirety.

Respectfully submitted,

<u>/s/  Melissa M. Brewer</u>
JOHN M. HERRMANN
R. ALAN LUBERDA
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Defendant-Intervenors

Dated: September 11, 2023

## CERTIFICATE OF COMPLIANCE
## WITH COURT OF INTERNATIONAL TRADE
## STANDARD CHAMBERS PROCEDURES

Pursuant to this Court's Order dated March 17, 2023 (ECF No. 35), setting the word limitation to the response brief of Defendant-Intervenors, Calgon Carbon Corporation and Norit Americas, Inc. ("Defendant-Intervenors") to 6,000 words, counsel for Defendant-Intervenors certifies that the attached Response Brief contains 641 words, including footnotes. The word count certification is made in reliance on the word-count feature contained in Microsoft Word Office 2016.

Respectfully submitted,

 /s/ Melissa M. Brewer
JOHN M. HERRMANN
R. ALAN LUBERDA
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC  20007
(202) 342-8400

Counsel to Defendant-Intervenors

Dated:  September 11, 2023