## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

|  |  |
|---|---|
| JILIN BRIGHT FUTURE CHEMICALS CO., LTD., | |
| Plaintiffs, | |
| and | |
| NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., and DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD. | Court No. 22-00336 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| CALGON CARBON CORPORATION., and NORIT AMERICAS, INC., | |
| Defendant-Intervenors. | |

### PLAINTIFF-INTERVENORS' REPLY BRIEF

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

Francis J. Sailer
Jordan C. Kahn
Kavita Mohan

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: November 6, 2023

Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd. and Datong Municipal Yunguang Activated Carbon Co., Ltd. submit this Reply Brief in opposition to the Response Briefs filed by Defendant United States and Defendant-Intervenors Calgon Carbon Corporation and Norit Americas, Inc.

Plaintiff-Intervenors incorporate by reference the arguments in the Reply Brief filed by Plaintiff Jilin Bright Future Chemicals Co., Ltd. If the rate assigned to Plaintiff is lowered because of this appeal, the Department should recalculate the separate rate assigned to Plaintiff-Intervenors in accordance with 19 U.S.C. § 1673d(c)(5)(a).

          Respectfully submitted,

          GRUNFELD, DESIDERIO, LEBOWITZ
          SILVERMAN & KLESTADT LLP

          */s/ Kavita Mohan*
          Kavita Mohan
          Francis J. Sailer
          Jordan C. Kahn
          Dharmendra N. Choudhary

          1201 New York Ave., NW, Suite 650
          Washington, DC 20005
          (202) 783-6881

Dated:  November 6, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenors' Reply Brief, as computed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt's word processing system Microsoft Word 2013, is 81 words, less than the allocated word limit.

                                         */s/ Kavita Mohan*
                                         Kavita Mohan

                                         *Counsel for Plaintiff-Intervenors Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., and Datong Municipal Yunguang Activated Carbon Co., Ltd*

Dated: November 6, 2023

12456067_1